NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EDWIN COLON-RIVERA,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2012-7110

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3060, Judge Alan G. Lance, Sr.

## ON MOTION

## O R D E R

Edwin Colon-Rivera moves for a 60-day extension of time, until January 4, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

EDWIN COLON-RIVERA V. SHINSEKI                                    2

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21